IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02407-GPG

WYATT T. HANDY JR.,

    Plaintiff,

v.

LT. GILLIS

    Defendant.

---

ORDER ASSIGNING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case, as asserted against only Defendant Lt. Gillis, does not appear to be appropriate for summary dismissal.  Therefore, the case will proceed for further review pursuant to D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be assigned to District Judge Wiley Y. Daniel and to Magistrate Judge Michael E. Hegarty pursuant to D.C.COLO.LCivR 40.1(c)(1).

DATED January 21, 2015, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge